IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )       8:13CR228
                               )
     v.                        )
                               )
GARY DEAN SNYDER,              )       ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for change of plea (Filing No. 15). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. A Rule 11 hearing is scheduled for:

**Thursday, June 27, 2013, at 2:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to finalize plea negotiations, it will accommodate the schedule of the Court, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 21, 2013, and June 27, 2013, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B). **A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at**

**least twenty-four hours prior to the scheduled hearing.**  Failure to do so may result in the hearing being rescheduled.

DATED this 21st day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court